IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                    CASE NO. 4:15-CR-00192-BSM-01

OSCAR JARAMILLO                                                       DEFENDANT

## ORDER

Oscar Jaramillo's motion to reduce his sentence [Doc. No. 57] is denied because the retroactive application of Amendment 821 to the Federal Sentencing Guidelines does not reduce his sentencing range. This is true because the amendment is related to "status points" and Mr. Jaramillo did not receive "status points." His criminal history score was a two and his criminal history category remains at level II.

IT IS SO ORDERED this 8th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE