# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**v.**                     **CASE NO. 4:15-CR-00192-BSM-01**

**OSCAR JARAMILLO**                                                        **DEFENDANT**

## ORDER

Oscar Jaramillo's pro se motion to reduce sentence [Doc. No. 60] is denied because the retroactive application of Amendment 821 to the Federal Sentencing Guidelines does not apply to his case. This is true because he had two criminal history points, not zero.

IT IS SO ORDERED this 1st day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE